COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 April 2, 2015
 No. 10-15-00104-CV
 THOMAS RAY SIDES
 v.
 WILLIAM STEPHENS, DIRECTOR T.D.C.J.-I.D.
 
 center-4254500
 From Coryell County, Texas
 
--------------------------------------------------------------------------------
JUDGMENT

 This appeal has been considered by the Court. Because the Court finds that it does not have jurisdiction of the appeal, it is the judgment of this Court that the appeal is dismissed. 
It is further ordered that William Stephens is awarded judgment against Thomas Ray Sides for William Stephens's appellate costs that were paid, if any, by William Stephens; and all unpaid appellate court cost, if any, is taxed against Thomas Ray Sides.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK

 By: Nita Whitener 
 Deputy Clerk